UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CASEY M. PRICE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-1966 |
| | § | |
| HARRIS COUNTY, *et al*, | § | |
| | § | |
| *Defendants*. | § | |

### FINAL JUDGMENT

Pursuant to the court's order granting defendants' motion to dismiss, the court enters final judgment for the defendants as to all of the plaintiff's causes of action.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on October 7, 2009.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY